UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00137 |
| | ) | JUDGE SHARP |
| WILLIAM ALLEN MARTIN | ) | |
| | ) | |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, January 30, 2013, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE