UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00137 |
| | ) | JUDGE SHARP |
| WILLIAM ALLEN MARTIN [1] | ) | |
| PATRICIA BARRETT [5] | ) | |

**O R D E R**

Due to calendar conflict, the sentencing hearings set for July 8, 2013 for the above named defendants is hereby rescheduled for Tuesday, July 9, 2013, at 10:00 a.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE