UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00137 |
| ) | JUDGE SHARP |
| WILLIAM ALLEN MARTIN [1] ) | |
| PATRICIA BARRETT [5] ) | |

**O R D E R**

Pending before the Court is Defendant Barrett's Motion to Continue Sentencing Hearing (Docket No. 101) and Defendant Martin's Motion to Continue Sentencing (Docket No. 109) to which the Government does not oppose.

The motions are GRANTED and the sentencing hearings set for July, 9, 2013, are hereby continued to Monday, August 12, 2013, at 11:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE